02/17/16

# Presidential Detailing, LLC
## A/R Aging Summary
As of February 9, 2016

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Lindsay ChryslerDodgeJeep&Ram of Man... | 14,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,500.00 |
| Caliber Collision | 99.00 | 0.00 | 0.00 | 0.00 | 0.00 | 99.00 |
| West Broad Honda | 7,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,750.00 |
| Fair Oaks Chantilly | 3,477.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3,477.50 |
| Sheehy Ford of Richmond | 10,311.00 | 5,118.00 | 0.00 | 0.00 | 0.00 | 15,429.00 |
| Wes Greenway | 2,555.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,555.00 |
| Ted Brit Ford Fairfax | 10,326.50 | 0.00 | 0.00 | 0.00 | 0.00 | 10,326.50 |
| Bill Page Honda | 5,782.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,782.00 |
| Sheehy Nissan Hyundai & Ford | 17,587.70 | 0.00 | 0.00 | 0.00 | 0.00 | 17,587.70 |
| Lindsay Chevrolet of Woodbridge | 12,160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,160.00 |
| Ted Britt Chantilly | 1,145.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,145.00 |
| Lindsay Ford of Wheaton | 21,065.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,065.00 |
| Sheehy Infiniti Of Chantilly | 3,923.08 | 0.00 | 0.00 | 0.00 | 0.00 | 3,923.08 |
| Moore Cadillac | 3,318.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,318.00 |
| TOTAL | 113999.78 | 5,118.00 | 0.00 | 0.00 | 0.00 | 119117.78 |