**Presidential Detailing LLC**
**Weekly Cash Forecast**

|  | 20-Feb | 2/27/2016 | 5-Mar | 3/12/2016 | 3/19/2016 | 3/26/2016 | 4/2/2016 |
|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $0 | $42,390 | **($73,523)** | **($4,566)** | **($59,915)** | **$5,748** | **($71,268)** |
| Add Weekly Cash Receipts: | | | | | | | |
|   Sheehy Ford of Richmond | $5,040 | $5,040 | $5,040 | $5,040 | $5,040 | $5,040 | $5,040 |
|   West Broad Honda | $7,750 | - | $7,750 | - | $7,750 | - | $7,750 |
|   Bill Page Honda | - | - | $7,029 | - | $7,029 | - | $7,029 |
|   Bill Page Toyota | $4,846 | $4,846 | $4,846 | $4,846 | $4,846 | $4,846 | $4,846 |
|   Bill Page Chevrolet | $3,462 | $3,462 | $3,462 | $3,462 | $3,462 | $3,462 | $3,462 |
|   Lindsay Ford of Wheaton | - | - | $14,000 | - | $14,000 | - | $14,000 |
|   Farrish Jeep, Dodge,Chry, Ram Fairfax | - | - | - | $8,692 | - | - | - |
|   Sheehy Nissan, Hyn of Waldorf | $6,462 | $6,462 | $6,462 | $6,462 | $6,462 | $6,462 | $6,462 |
|   Sheehy Ford of Marlow Heights | $2,192 | $2,192 | $2,192 | $2,192 | $2,192 | $2,192 | $2,192 |
|   Wes Greenway of Waldorf | $2,315 | $2,315 | $2,315 | $2,315 | $2,315 | $2,315 | $2,315 |
|   Moore Cadillac of Chantilly | - | - | $13,265 | - | - | - | $13,265 |
|   Sheehy Infiniti of Chantilly | $4,423 | $3,923 | $2,242 | | | | |
|   Fair Oaks Jeep,Dodge, Chry, Ram CH | $5,900 | - | $5,900 | - | $5,900 | - | $5,900 |
|   Auto Giants | | | | $6,692 | $6,692 | $6,692 | $6,692 |
|   Other Cash Received | | | | | | | |
| Total Weekly Collections | $42,390 | $28,240 | $74,502 | $39,701 | $65,688 | $31,009 | $78,953 |
| **Cash Available** | **$42,390** | **$70,629** | **$979** | **$35,135** | **$5,773** | **$36,757** | **$7,685** |
| Less Cash Disbursements: | | | | | | | |
|   Payroll | | $91,153 | | $74,000 | | $74,000 | |
|   Payroll Taxes | | $30,000 | | $20,000 | | $20,000 | |
|   Carsco - Supplies | | $12,000 | | | | $12,000 | |
|   Suntrust - Ford #4389 | | | $478 | | | | $478 |
|   BB&T - Ford #6113 | | $484 | | $484 | | | |
|   M&T Bank - fees | | $25 | $25 | $25 | $25 | $25 | $25 |
|   PS Business Parks - Office Rent | | $3,520 | $3,200 | | | | $3,200 |
|   Moore Cadillac Rent | | $600 | $600 | | | | $600 |
|   Cox | | $370 | | $370 | | | |
|   AT&T | | | $1,242 | | | | $1,242 |
|   Insurance Premiums | | $6,000 | | | | $2,000 | |
|   Quickbooks | | | | $170 | | | |
|   Employee Gas Reimbursements | | $150 | $150 | $150 | $150 | $150 | $150 |
| Total Disbursements | $0 | $144,152 | $5,546 | $95,050 | $25 | $108,025 | $5,546 |
| **Ending Cash** | **$42,390** | **($73,523)** | **($4,566)** | **($59,915)** | **$5,748** | **($71,268)** | **$2,139** |